# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| WILLIE JEROME MACKINS | ) Case No: 3:97CR00022-004 |
| | ) USM No: 10308-058 |
| Date of Previous Judgment: 3/11/2003 (amended) | ) Aaron Michel |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ❑ the Director of the Bureau of Prisons ❑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
■ **DENIED.** ❑ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: _____    Amended Offense Level: _____
Criminal History Category: _____    Criminal History Category: _____
Previous Guideline Range: ____ to ____ months    Amended Guideline Range: ____ to ____ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
❑ The reduced sentence is within the amended guideline range.
❑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain): No reduction. Amendment 706 provides no reduction for cocaine base amounts in excess of 4.5 kilograms or more and this case involves six kilograms of cocaine base.

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated 3/11/2003 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: April 14, 2009

Effective Date: _____
(if different from order date)

Lacy H. Thornburg
United States District Judge